**Order entered September 14, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00560-CR

### JOSE DAVID GUTIERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F16-23201-H**

### ORDER

Before the Court is appellant's September 4, 2020 motion for leave to file appellant's brief out of time. In his motion, appellant represents the brief is ready for filing, but counsel has been unable to file it electronically. The motion represents that if counsel could not file it electronically, it would be filed in person on September 8, 2020. To date, the brief has not been submitted for filing in either electronic or paper form.

Appellant's brief was due initially on April 20, 2020. Appellant has had two previous extensions.

We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **September 21, 2020**. If appellant's brief is not filed by September 21, 2020, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     BILL PEDERSEN, III
JUSTICE